ALLEN V. STATE 

NO. 07-06-0211-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

DECEMBER 7, 2006

______________________________

ERSKINE L.T. ALLEN, JR., 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 137
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO.  22,580; HON. CECIL PURYEAR, PRESIDING

_______________________________

Abatement and Remand

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Erskine L.T. Allen, Jr. (appellant) perfected an appeal from the trial court’s denial of his motion for DNA testing.  Pending before this court is his appointed counsel’s motion to withdraw.  From the contents of the motion, it appears that a conflict of interest exists between appellant and his appointed counsel.  Thus, we grant the motion of counsel to withdraw.  We further abate and remand the case to the 137
th
 Judicial District Court and order the judge of that court to appoint new counsel to represent appellant in this appeal.  The name, address, telephone number, and state bar number of the newly appointed attorney shall be included in the order of appointment.  The trial judge shall also cause the order appointing new counsel to be filed with this court, on or before January 5, 2007, via a supplemental clerk’s record.  Finally, the appellant’s brief (which may include an 
Anders
 brief if warranted) will be due on or before February 5, 2007. 

It is so ordered.

Per Curiam

Do not publish.